JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        vs.<br><br>LARK A. COBB, AKA LARK ANN COBB,<br><br>             Defendant | No. CV A 13-0092<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lark A. Cobb, aka Lark Ann Cobb, in the principal amount of $8,635.77 plus interest accrued to January 2, 2013, in the sum of $11,736.77; with interest accruing thereafter at $1.89 per day until entry of judgment, for a total amount of $20,372.54.

DATED: April 4, 2013                    By: TERRY NAFISI
                                            Clerk of the Court

                                        /s/ Jenny Lam
                                        Deputy Clerk
                                        United States District Court